UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES PATEMAN,

                Plaintiff,

v.                                                                                   ORDER

THE CITY OF WHITE PLAINS, et al.,                 17-CV-06156 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. The parties are instructed to consult Rule 6(A) of my Individual Practices and are directed to submit a Joint Pretrial Order by June 29, 2020.

                              **SO ORDERED.**

Dated: New York, New York
         April 29, 2020

                                      _____
                                      Philip M. Halpern
                                      United States District Judge