UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES M. PATEMAN,

                Plaintiff,

-against-

THE CITY OF WHITE PLAINS, et al.,

                Defendants.

**ORDER**

17-CV-06156 (PMH)

PHILIP M. HALPERN, United States District Judge:

     On September 16, 2020, the parties informed the Court that they wished to proceed to trial during the week of February 8, 2021. The Court accordingly requested a jury trial for that week and this case was initially scheduled as the second back-up case for February 10, 2021. However, on January 5, 2021 Chief Judge McMahon issued a First Amended Standing Order (M-10-468), which, in light of the ongoing COVID-19 Pandemic, adjourned all trials scheduled between January 19, 2021 and February 12, 2021. Thus, the Court will request a new jury trial for the second quarter of 2021. Accordingly, the parties are directed to jointly submit, by January 11, 2021, a letter notifying the Court of any dates that the parties are unavailable between April 1, 2021 and June 30, 2021.

                                  **SO ORDERED:**

Dated:  New York, New York
          January 07, 2021

                                    PHILIP M. HALPERN
                                    United States District Judge