UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES M. PATEMAN,

                           Plaintiff,

v.                                              <u>ORDER</u>

THE CITY OF WHITE PLAINS, et al.,          17-CV-06156 (PMH)

                           Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        Pursuant to the Court's July 6, 2020 Order (Doc. 96), the parties filed their proposed joint jury instructions (Doc. 102), proposed joint verdict form (Doc. 103), and proposed voir dire (Docs. 100-01) on August 31, 2020. The parties' proposed voir dire was not a joint submission; but rather, filed as two separate documents.

        The parties are directed to meet and confer and submit proposed <u>joint</u> voir dire in compliance with the Court's Individual Practices Rule 6.B. (revised 11/18/2021) by December 22, 2021.

        Further, motions in limine, if any, shall be filed by December 22, 2021, with opposition filed by January 6, 2022.

        The foregoing documents in Word format should contemporaneously be e-mailed to [HalpernNYSDChambers@nysd.uscourts.gov](mailto:HalpernNYSDChambers@nysd.uscourts.gov).

        The Clerk of Court is respectfully directed to strike document numbers 100 and 101 from the docket.

SO ORDERED.

Dated: White Plains, New York
       December 1, 2021

_____
Philip M. Halpern
United States District Judge